

# Fourth Court of Appeals
## San Antonio, Texas

June 15, 2018

No. 04-18-00240-CV

**IN THE INTEREST OF R.L.L. III, ET AL., CHILDREN**

From the 408th Judicial District Court, Bexar County, Texas
Trial Court No. 2016PA02373
Honorable Charles E. Montemayor, Judge Presiding

# O R D E R

This is an accelerated appeal from a trial court's order terminating appellant's (Mother's) parental rights to her children. On March 23, 2018, the trial court signed an order of termination. On April 11, 2018, Mother timely filed a notice of appeal, challenging the trial court's order of termination. *See* TEX. R. APP. P. 26.1(b) (stating notice of appeal must be filed within 20 days after order of termination signed). Thereafter, the appellate record was filed and appellant's brief was due May 14, 2018. *See id.* R. 38.6 (requiring appellant to file brief within 20 days after appellate record filed). Neither a brief nor a motion to extend time to file the brief was filed at that time. On May 24, 2018, we ordered Mother to file her brief on or before June 13, 2018. In response to our order, Mother filed a motion, requesting additional time to file her brief and clarification of the appellate deadlines because a de novo hearing was conducted on May 3, 2018. Mother further indicates the referring court entered an order on or about June 4, 2018.

Based on the foregoing, we **ORDER** all appellate deadlines suspended until further order of the court. We further **ORDER** the district clerk to file a supplemental clerk's record containing the referring court's order relating to the de novo proceeding and any other pleadings associated with the de novo proceeding in this court **on or before June 25, 2018**. We further **ORDER** the court reporter to file a reporter's record from the de novo hearing in this court **on or before June 25, 2018.**

We **order** the clerk of this court to serve a copy of this order on all counsel, the district clerk, and the court reporter responsible for the de novo hearing.

_____
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 15th day of June, 2018.



KEITH E. HOTTLE,
Clerk of Court